IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**ANGEL BUSTOS-AGUIRRE, et al.,**

    **Defendants.**                                            **No. 04-CR-30029-DRH**

### ORDER

**HERNDON, District Judge:**

    Now before the court is a Second Motion to Continue Sentencing filed by defendant Nicole Bowline (Doc. 217). Ms. Bowline has agreed to cooperate and provide testimony for the government at the trial of Quawntay Adams, and therefore wishes to continue her sentencing hearing, currently on May 11, 2006, until after Mr. Adams' trial, which was recently continued from March 27, 2006 to June 26, 2006. Therefore, the Court **GRANTS** defendant Bowline's Second Motion to Continue Sentencing (Doc. 217) and **CONTINUES** the sentencing hearing for defendant Bowline, scheduled for Thursday, May 11, 2006 at 10:00 a.m. to **Friday, September 22, 2006 at 9:30 a.m.**

    **IT IS SO ORDERED.**

    Signed this 10th day May, 2006.

                                                              /s/          David RHerndon
                                                         **United States District Judge**