IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

   Plaintiff,

v.

NICOLE M. BOWLINE, et al.,

   Defendants.                                              No. 04-CR-30029-DRH

### ORDER

**HERNDON, District Judge:**

   Now before the court is a Motion to Continue Sentencing Hearing filed by defendant Nicole Bowline (Doc. 271). In support of her Motion, Bowline's counsel states that due to defendant Bowline's agreement with the Government to cooperate and provide testimony at the trial of Quawntay Adams, she wishes to continue her sentencing hearing until after the conclusion of the Quawntay Adams trial. As the Court has recently continued this trial until March 12, 2007, and has also granted a continuance of sentencing hearing for another defendant with similar circumstances as defendant Bowline, she believes such continuance is necessary and justified.

   Therefore, the Court **GRANTS** defendant Bowline's Motion to Continue Sentencing Hearing (Doc,. 271) and **CONTINUES** the sentencing hearing scheduled

for September 22, 2006 to **April 20, 2007 at 10:30 a.m.**

      **IT IS SO ORDERED.**

Signed this 19th day of September, 2006.

                        /s/      David   RHerndon  
                        **United States District Judge**