IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**NICOLE M. BOWLINE, et al.,**

    **Defendants.**                    **No. 04-CR-30029-DRH**

## ORDER

**HERNDON, District Judge:**

    Now before the court is a Motion to Continue Sentencing Hearing filed by defendant Nicole Bowline (Doc. 300). In support of her Motion, Bowline's counsel states that due to defendant Bowline's agreement with the Government to cooperate and provide testimony at the trial of Quawntay Adams, she wishes to continue her sentencing hearing until after the conclusion of the Quawntay Adams trial. As the Court has recently continued this trial until August 20, 2007, and has previously granted her a continuance of sentencing hearing, she again believes such continuance is necessary and justified. Therefore, the Court **GRANTS** defendant Bowline's Motion to Continue Sentencing (Doc. 300) and **CONTINUES** the sentencing hearing scheduled for April 20, 2007 at 10:30 a.m. to **September 21, 2007** at **9:30 a.m.**

    **IT IS SO ORDERED.**

    Signed this 16th day of April, 2007.

                                                           /s/        David   RHerndon
                                                      **United States District Judge**