IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE M. BOWLINE, et al.,

    Defendants.                             No. 04-CR-30029-DRH

### ORDER

**HERNDON, District Judge:**

    Now before the court is a Motion to Continue Sentencing Hearing filed by defendant Nicole Bowline (Doc. 315). The Court **GRANTS** defendant Bowline's Motion (Doc. 315) and **CONTINUES** the sentencing hearing scheduled for September 21, 2007 at 9:30 a.m. to January 18, 2008 at 2:30 p.m.

    **IT IS SO ORDERED.**

    Signed this 11th day of September, 2007.

                                                       /s/      DavidRHerndon
                                                   **United States District Judge**