IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NICOLE M. BOWLINE, et al.,

    Defendants.                       No. 04-CR-30029-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the court is a Motion to Continue Sentencing Hearing filed by defendant Nicole Bowline (Doc. 326). Defendant seeks to continue her sentencing until after the scheduled plea/trial date of codefendant Adams, so that her assistance in the prosecution of codefendant Adams can be accurately assessed for sentencing purposes. Therefore, the Court **GRANTS** defendant Bowline's Motion (Doc. 326) and **CONTINUES** the sentencing hearing scheduled for January 18, 2008 to March 28, 2008 at 2:30 p.m.

**IT IS SO ORDERED.**

Signed this 10th day of January, 2008.

/s/ David R Herndon
**Chief Judge
United States District Court**