## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**NICOLE M. BOWLINE, et al.,**

    **Defendants.**                         **Case No. 04-CR-30029-DRH**

## ORDER

**HERNDON, Chief Judge:**

        Now before the court is a Motion to Continue Sentencing Hearing filed by defendant Nicole Bowline (Doc. 368). Defendant seeks to continue her sentencing until after the trial of codefendant Adams, so that her assistance in his prosecution can be accurately assessed for sentencing purposes. Therefore, the Court **GRANTS** defendant Bowline's Motion (Doc. 368) and **CONTINUES** the sentencing hearing scheduled for April 14, 2008 to **September 5, 2008 at 10:30 a.m.**

        **IT IS SO ORDERED.**

        Signed this 4th day of April, 2008.

/s/       David R Herndon

**Chief Judge**
**United States District Court**